Argued September 26, affirmed as modified December 18, 1978

In the Matter of the Marriage of
STEVENS, *Appellant,*
*and*
STEVENS, *Respondent—Cross-Appellant.*
(No. 77-4-361, CA 10078)
587 P2d 520

Robert P. Dickinson, Fairview, argued the cause and filed the brief for appellant.

Arthur B. Knauss, Milwaukie, argued the cause for respondent—cross-appellant. With him on the briefs was Redman, Carskadon & Knauss, Milwaukie.

Before Richardson, Presiding Judge, and Lee, and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The decree is modified by elimination of the provision that spousal support for wife shall terminate upon remarriage. *Grove and Grove,* 280 Or 341, 354, 571 P2d 477, 280 Or 769, 572 P2d 1320 (1977). Otherwise, the decree is affirmed. *McCoy and McCoy,* 28 Or App 919, 926, 562 P2d 207, 29 Or App 287, 563 P2d 738 (1977).

Affirmed as modified. No costs to either party.